UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANTE ALLEN, | ) |
| Plaintiff | ) |
| v. | ) Case No.: 2:15-cv-03559-SD |
| ALBERT EINSTEIN HEALTHCARE NETWORK, d/b/a EINSTEIN HEART AND VASCULAR INSTITUTE, | ) |
| Defendant | ) |

## STIPULATION TO DISMISSAL WITH PREJUDICE

TO THE CLERK:

Pursuant to Local Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal of the above-referenced matter with prejudice and without cost to either party.

| | |
|---|---|
| /s/ Angelo A. Stio, III | /s/ Craig Thor Kimmel |
| Angelo A. Stio, III | Craig Thor Kimmel |
| Pepper Hamilton, LLP | Kimmel & Silverman, P.C. |
| 3000 Two Logan Square | 30 E. Butler Pike |
| Eighteenth and Arch Streets | Ambler, PA 19002 |
| Philadelphia, PA 19103-2799 | Phone: (215) 540-8888 |
| Phone: (609) 951-4125 | Facsimile: (877) 788-2864 |
| Facsimile: (609) 452-1147 | Email: kimmel@creditlaw.com |
| Email: stioa@pepperlaw.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: October 21, 2015 | Date: October 21, 2015 |

BY THE COURT:

_____

J.